789 A.2d 649

IN THE MATTER OF SALVATORE J. MAIORINO,
AN ATTORNEY AT LAW.

February 7, 2002.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 01–054, concluding that **SALVATORE J. MAIORINO** of **STATEN ISLAND, NEW YORK,** who was admitted to the bar of this State in 1998, should be reprimanded for violating *RPC* 8.4(b) (commission of a criminal act that reflects adversely on his honesty, trustworthiness of fitness as a lawyer), and good cause appearing;

It is ORDERED that **SALVATORE J. MAIORINO** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.